**SO ORDERED.**

**SIGNED December 13, 2021.**



_____
**STEPHEN D. WHEELIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

IN RE:                                              CASE NO: 21-80364
  Herman Vincent Tatum

### ORDER

The above captioned matter having been scheduled for a confirmation hearing on 12/14/2021, and considering the Chapter 13 Trustee has filed a Proceeding Memo to Allow the Debtor(s) additional time to resolve the obstacles to confirmation by complying with the terms of this Order,

**IT IS HEREBY ORDERED** that on or before 12/28/2021, the Debtor shall file an Amended/Modified plan and Notice it for a hearing on an if and only if basis.

###

This order was prepared and submitted by:

Jon C. Thornburg
Chapter 13 Trustee
P.O. Box 11877
Alexandria, LA 71315